# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUBJUSTIN RYAN LONG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-12-444-R |
| ) | |
| CHAD MILLER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Petitioner filed this action seeking a writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Bana Roberts for preliminary review. On April 25, 2012, Judge Roberts issued a Report and Recommendation wherein she recommended that Petitioner's application for leave to proceed *in forma pauperis* be denied and that he be ordered to pay the $5.00 filing fee or face dismissal of this action without prejudice. Petitioner has responded to the Report and Recommendation noting that he requires an order from the Court to access his inmate savings account for filing fees. Although the Court is without the authority to order Department of Corrections' officials to tender payment from his account for filing fees, Petitioner may utilize a copy of this Order in support of his request for disbursement of funds. The Clerk shall include an additional copy of thisOrder for such purpose. The Report and Recommendation is hereby adopted and Petitioner shall tender the $5.00 filing fee within thirty days of entry of this Order.

IT IS SO ORDERED this 10th day of May, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE